United States District Court

Eastern District of California

Lawrence Birks,

        Plaintiff,

vs.

C. A. Terhune, et al.,

        Defendants.

No. Civ. S 05-1105 LKK PAN P

Order

-oOo-

November 18, 2005, the court dismissed the complaint with leave to amend within 30 days.  Plaintiff has not filed an amended complaint.  Good cause appearing, plaintiff shall, within 10 days of service of this order, file an amended complaint.  Otherwise this case will be dismissed without prejudice.  Local Rule 11-110; Fed. R. Civ. P. 41(b).

    So ordered.

    Dated:  December 27, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge