IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

    Plaintiff,                    No. CIV S-05-1105 LKK PAN P

    vs.

C. A. TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On December 8, 2005, plaintiff filed a document styled "Objection to Magistrate Judge Recommendation and Finding to Dismiss Plaintiff Civil Complaint In Its Entirety."  The court construes this document as a request for reconsideration of the magistrate judge's order filed November 18, 2005, dismissing plaintiff's complaint with leave to amend.  On December 27, 2005, the magistrate judge issued an order directing plaintiff to file an amended complaint within ten days or risk dismissal of this action.  On January 5, 2006, plaintiff filed objections to that order, which the court also construes as a request for reconsideration thereof.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

/////

The court will, however, grant plaintiff one additional period of twenty days in which to file an amended complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's December 8, 2005 objections are construed as a request for reconsideration of the magistrate judge's November 18, 2005 order dismissing plaintiff's complaint with leave to amend;

2. Plaintiff's January 5, 2006 objections are construed as a request for reconsideration of the magistrate judge's December 27, 2005 order;

3. Upon reconsideration, the order of the magistrate judge filed November 18, 2005 is affirmed; and

4. Plaintiff is granted one final period of thirty days in which to file an amended complaint.

DATED: March 30, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/birk1105.850