IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

      Plaintiff,                     No. CIV S-05-1105 LKK PAN P

  vs.

C. A. TERHUNE, et al.,

      Defendants.             ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1       On January 12, 2006, plaintiff filed a request for a temporary restraining order. Until plaintiff has filed an amended complaint that raises cognizable claims for relief, the court will not entertain his request for injunctive relief.  See Local Rule 65-231.  Plaintiff's January 12, 2006 request will be denied without prejudice.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1.  Plaintiff's November 23, 2005 motion for appointment of counsel is denied; and

      2.  Plaintiff's January 12, 2006 request for temporary restraining order is denied without prejudice.

DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
birk1105.31sec