1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE BIRKS,

11            Plaintiff,                    No. CIV S-05-1105 LKK PAN P

12        vs.

13   C.A. TERHUNE, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.   By order filed November 18, 2005, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19   complaint.[1]

20            The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

22   plaintiff has a reasonable opportunity to prevail on the merits of this action.

23            On April 24, 2006, plaintiff filed his third request for the appointment of counsel.

24   Plaintiff's previous requests were filed on June 3, 2005, and November 23, 2005.  All requests

25   _____

26        [1] On April 24, 2006, plaintiff filed a second motion to proceed in forma pauperis.  Plaintiff's
     first motion was granted on November 18, 2005.  The April 24, 2006 motion is unnecessary and will
     therefore be denied.

1   were denied.  In light of those orders, plaintiff's April 24, 2006, motion for the appointment of

2   counsel will also be denied.

3            Finally, on April 24, 2006, plaintiff filed a document styled as a proposed order

4   for injunctive relief.  The document does not meet the requirements of either Fed. R. Civ. P. 65

5   or the Local Rules of this Court for a motion for injunctive relief.  It will therefore be

6   disregarded.

7            In accordance with the above, IT IS HEREBY ORDERED that:

8            1.  Service is appropriate for the following defendants: Dave L. Runnels; Dave

9   McGuire; Phillip G. Mangis; N. Barron; and J. Cummings.

10            2.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,

11   an instruction sheet and a copy of the amended complaint filed April 24, 2006.

12            3.  Within thirty days from the date of this order, plaintiff shall complete the

13   attached Notice of Submission of Documents and submit the following documents to the court:

14                    a.  The completed Notice of Submission of Documents;

15                    b.  One completed summons;

16                    c.  One completed USM-285 form for each defendant listed in number 1

17                    above; and

18                    d.  Six copies of the endorsed amended complaint filed April 24, 2006.

19            4.  Plaintiff need not attempt service on defendants and need not request waiver of

20   service.  Upon receipt of the above-described documents, the court will direct the United States

21   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

22   without payment of costs.

23            5.  Plaintiff's April 24, 2006 motion to proceed in forma pauperis is unnecessary

24   and is therefore denied.

25   /////

26   /////

6.  Plaintiff's April 24, 2006 motion for appointment of counsel is denied.

7.  Plaintiff's April 24, 2006 proposed order for injunctive relief shall be disregarded.

DATED: June 5, 2006.

UNITED STATES MAGISTRATE JUDGE

12/14
birk1105.1amd.new

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE BIRKS,

11            Plaintiff,                    No. CIV  S-05-1105 LKK PAN P

12      vs.

13   C.A. TERHUNE, et al.,                  NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____        completed summons form

19          _____        completed USM-285 forms

20          _____        copies of the _____
                                      Complaint/Amended Complaint
21   DATED:

22

23                                         _____
                                           Plaintiff
24

25

26