IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE BIRKS,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**C.A. TERHUNE, et al.,**<br><br>                              Defendants. | 2:05-CV-1105 LKK EFB P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS MCGUIRE AND CUMMINGS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

Defendants McGuire and Cummings' first request for an extension of time to file a responsive pleading to Plaintiff's Amended Complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants McGuire and Cummings have a 30-day extension of time, from the date of service of this order, to file their response to Plaintiff's Amended Complaint.

Dated: October 4, 2006

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE