IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE BIRKS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**C.A. TERHUNE, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:05-CV-1105 LKK EFB P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT RUNNELS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

　　　Defendant Runnels' has filed a first request for an extension of time to file a responsive pleading to Plaintiff's Amended Complaint.  Good cause appearing,

　　　IT IS HEREBY ORDERED that Defendant Runnels has a 30-day extension of time, from the date of service of this order, to file his response to Plaintiff's Amended Complaint.

Dated: October 17, 2006

　　　　　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE