IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

        Plaintiff,                     No. CIV S-05-1105 LKK EFB P

    vs.

C.A. TERHUNE, et al.,

        Defendants.          <u>ORDER</u>

                             /

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On July 31, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Manis was returned unserved with the notation "need more identifiers." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, *et seq.*, or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with
3  an instruction sheet and a copy of the amended complaint filed April 24, 2006;

4       2. Within sixty days from the date of this order, plaintiff shall complete and submit the
5  attached Notice of Submission of Documents to the court, with the following documents:

6           a. One completed USM-285 form for defendant Manis;

7           b. Two copies of the endorsed complaint filed April 24, 2006; and

8           c. One completed summons form (if not previously provided) or show good
9              cause
10 why he cannot provide such information.

11 DATED:   December 11, 2006.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

     Plaintiff,                                No. CIV S-05-1105 LKK EFB P

     vs.

C.A. TERHUNE, et al.,                  NOTICE OF SUBMISSION

     Defendants.                      OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __1__     completed USM-285 forms

     __2__     copies of the _April 24, 2006_
                                    Amended Complaint

DATED:

                                                  Plaintiff