IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

      Plaintiff,                   No. CIV S-05-1105 LKK EFB P

    vs.

C.A. TERHUNE, et al.,

      Defendants.         <u>ORDER</u>

_____/

       On November 3, 2006, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). Plaintiff has not opposed the motion.

       Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On July 31, 2006, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

       Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed July 31, 2006, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

1

1  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of
2 this order, plaintiff shall file either an opposition or a statement of non-opposition to the motion
3 to dismiss.  Failure to comply with this order will result in a recommendation that this action be
4 dismissed pursuant Federal Rule of Civil Procedure 41(b).
5 DATED:   December 20, 2006.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE