1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE BIRKS,

11          Plaintiff,                        No. CIV S-05-1105 LKK EFB P

12      vs.

13   C.A. TERHUNE, et al.,
                                              ORDER AND FINDINGS
14          Defendants.                       & RECOMMENDATIONS
                                    /
15

16          On July 31, 2006, the court ordered the United States Marshal to serve the amended

17   complaint on defendants.

18          On February 15, 2007, process directed to defendant N. Barron was returned unserved

19   with the notation "no 'N. Barron' in CDC locator."  Plaintiff must provide additional information

20   to serve these defendants.  Plaintiff shall promptly seek such information through discovery, the

21   California Public Records Act, Calif. Gov't. Code §§ 6250, *et seq*., or other means available to

22   plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may

23   seek judicial intervention.

24          On November 15, 2006, process directed to defendant Manis was returned unserved with

25   the notation "need more identifiers."  By an order filed December 12, 2006, the court directed

26   plaintiff to provide additional information to serve defendant Manis within sixty days.  That

1

1   period has passed and plaintiff has not returned the USM-285 form necessary to effect service on

2   defendant Manis or otherwise responded to the court's order.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along

5   with an instruction sheet and a copy of the amended complaint filed April 24, 2006;

6          2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

7   attached Notice of Submission of Documents to the court, with the following documents:

8                  a.  One completed USM-285 form for defendant Barron; and

9                  b.  Two copies of the endorsed amended complaint filed April 24, 2006 or show

10   good cause why he cannot provide such information.

11         Further, IT IS RECOMMENDED that defendant Manis be dismissed without prejudice.

12         These findings and recommendations are submitted to the United States District Judge

13   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

14   after being served with these findings and recommendations, any party may file written

15   objections with the court and serve a copy on all parties.  Such a document should be captioned

16   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

17   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

18   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

19   DATED:   March 12, 2007.

20

21   _____

22   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11              Plaintiff,                      No. CIV

12        vs.

13                                              NOTICE OF SUBMISSION

14              Defendants.                     OF DOCUMENTS

15 _____/

16        Plaintiff hereby submits the following documents in compliance with the court's

17 order filed _____:

18        _____        completed summons form

19        _____        completed USM-285 forms

20        _____        copies of the _____
                                        Complaint/Amended Complaint

21 DATED:

22

23                                      _____
                                        Plaintiff
24

25

26