1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE BIRKS,

11              Plaintiff,                No. CIV S-05-1105 LKK EFB P

12        vs.

13   C.A. TERHUNE, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner without counsel suing under 42 U.S.C. § 1983.  His original

17   complaint, filed on June 3, 2005, was dismissed with leave to amend on November 18, 2005.  He

18   filed an amended complaint on April 24, 2006, naming defendants Runnels, McGuire, Manis,

19   Baron, and Cummings.  The court found service appropriate as to all defendants in an order filed

20   June 7, 2006.  Service was ordered on defendants on July 31, 2006.

21        On August 4, 2006, plaintiff filed a motion for clerk's entry of default, claiming that

22   more than 20 days had elapsed since the date on which defendants were served and they had

23   failed to answer.  However, defendants had yet to be served at the time plaintiff filed his motion.

24   Moreover, defendants are not in default.   Defendants Cummings and McGuire returned a waiver

25   of service on September 7, 2006.  On October 2, 2006, they requested an extension of time in

26   which to file a response to the amended complaint, stating that the California Attorney General's

1   office, had yet to receive from the California Department of Corrections and Rehabilitation all of

2   the documentation necessary to prepare a response to the amended complaint.  That request was

3   granted on October 4, 2006.  On October 5, 2006, defendant Runnels similarly requested an

4   extension of time.  Their request was granted on October 18, 2006.  Defendants Runnels and

5   Cummings timely filed their motion to dismiss on November 3, 2006, and defendant McGuire

6   timely filed his answer to plaintiff's complaint on November 3, 2006.

7        Defendants are not in default, and, accordingly, it is ORDERED that plaintiff's August 4,

8   2006, motion for clerk's entry of default is denied.

9   Dated: March 27, 2007.

10

11                      EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE