IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

     Plaintiff,                     No. CIV S-05-1105 LKK EFB P

    vs.

C.A. TERHUNE, et al.,

     Defendants.         <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 26, 2007, plaintiff filed a first set of interrogatories, request for production of documents and request for admissions.

     Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue.  When required in a proceeding, only that part of the request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-250(c).

     On February 15, 2007, the United States Marshal returned process directed to defendant N. Barron unserved because "no N. in CDC locator."  Plaintiff must provide new information about where this defendant may be served with process.  Plaintiff may seek such information

1  through discovery, the California Public Records Act, California Government Code §§ 6250, *et*
2  *seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m)
3  requires an action be dismissed as to a defendant not served within 120 days after filing the
4  complaint unless the time is enlarged based upon a demonstration of good cause.  If plaintiff's
5  access to the required information is denied or unreasonably delayed, plaintiff may seek judicial
6  intervention.

7  Accordingly, it is ORDERED that:

8  1. Plaintiff's January 26, 2007 first set of interrogatories, request for production of
9  documents, and request for admissions are stricken and the Clerk of the Court shall make a
10 notation on the docket to that effect.

11 2. The Clerk of the Court shall mail plaintiff one USM-285 and a copy of the amended
12 complaint filed April 24, 2006.

13 3. Within 90 days from the date this order is served, plaintiff may submit the attached
14 Notice of Submission of Documents with a completed form USM-285 providing instructions for
15 service of process upon defendant N. Barron and two copies of the April 24, 2006 amended
16 complaint provided to plaintiff.

17 4. Failure to provide new instructions for service of process upon defendant N. Barron
18 within the time allowed or show good cause for such failure will result in a recommendation that
19 this action be dismissed as to that defendant.

20 Dated: April 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

        Plaintiff,                No. CIV S-05-1105 LKK EFB P

    vs.

C.A. TERHUNE, et al.,

        Defendants.        <u>NOTICE OF SUBMISSION</u>

_____/   <u>OF DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        ____        completed USM-285 forms

        ____        copies of the _____
                                Complaint/Amended Complaint

DATED:

                                    _____
                                    Plaintiff