IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

    Plaintiff,                    No. CIV S-05-1105 LKK EFB P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                 <u>ORDER</u>

        On March 15, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 22, 2007, denying his renewed request for appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 22, 2007, is affirmed.

DATED: May 7, 2007.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT