IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

      Plaintiff,                    No. CIV S-05-1105 LKK EFB P

      vs.

C.A. TERHUNE, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 13, 2007, plaintiff filed a document styled as an objection to the Attorney's Diversified Services staff denying plaintiff legal documents of all exhibits filed on June 29, 2005.  It appears to the court that plaintiff is referring to documents that he submitted on June 23, 2005, and moving for a court order directing Attorney's Diversified Services to provide copies to plaintiff.  The court is without power to order a non-party to provide plaintiff with copies of documents and therefore denies plaintiff's motion.

      Further, the court is unable to provide plaintiff with copies.  Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.  The

1

1 expenditure of public funds on behalf of an indigent litigant is proper only when authorized by
2 Congress. *Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989). The *in forma pauperis* statute does not
3 authorize the expenditure of public funds for photocopies. *See* 28 U.S.C. § 1915.
4    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 13, 2007 objection,
5 construed as a motion to direct Attorney's Diversified Services to provide plaintiff with copies
6 of documents, is denied.
7 DATED: May 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2