IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

        Plaintiff,                        No. CIV S-05-1105 LKK EFB P

    vs.

C.A. TERHUNE, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the November 14, 2006, schedule, plaintiff's pretrial statement is due August 3, 2007, defendants' pretrial statement is due August 10, 2007, pretrial conference is set for August 24, 2007, and trial is set for November 13, 2007.

        Because defendants' November 3, 2006, motion to dismiss and May 3, 2007, motion for summary judgment are pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b). The court will set further dates, if appropriate, after resolution of the pending motions.

        So ordered.

Dated: May 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE