IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

      Plaintiff,                                No. CIV S-05-1105 LKK EFB P

      vs.

C.A. TERHUNE, et al.,

      Defendants.                         <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 23, 2007, plaintiff filed a request for rehearing of the Court of Appeal's July 27, 2007 order dismissing his appeals for lack of jurisdiction. Accordingly, the Clerk is directed to forward a copy of plaintiff's August 23, 2007, request to the U.S. Court of Appeals for the Ninth Circuit.

      So ordered.

Dated: November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE