IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

    Plaintiff,                               No. CIV S-05-1105 LKK EFB P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                     <u>ORDER</u>

                              /

On December 7, 2007, plaintiff filed a request for production of documents.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

Plaintiff's December 7, 2007, request for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

DATED: January 11, 2008.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE